**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **FIRST AMERICAN HOME** | ) | |
| **WARRANTY CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:18-cv-00332** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **MARYANN PAGE-AZAMBUJA, et al,** | ) | **MAGISTRATE JUDGE FRENSLEY** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Extend *Sine Die* CHW Group Inc.'s Time to Respond to Plaintiff's Motion to Vacate Stay. (Doc. No. 88). In the Motion, Defendant represents that the parties have reached a settlement which they need time to finalized before filing a stipulation of dismissal. The Court having been advised that this action has been settled, the action is dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. Within this sixty day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE