UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FIRST AMERICAN HOME WARRANTY CORPORATION,<br><br>               Plaintiff,<br><br>v.<br><br>MARYANN PAGE-AZAMBUJA, CHRISTY STOKES, and CHW GROUP, INC. d/b/a Choice Home Warranty,<br><br>               Defendants. | Civil Action No. 3:18-cv-00332<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |

## STIPULATION OF DISMISSAL OF ACTION AND DISSOLUTION OF PRELIMINARY INJUNCTION

The Parties stipulate:

(i)     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action shall be dismissed with prejudice, with all rights of appeal waived, and with costs to be borne by the respective parties; and

(ii)     The Preliminary Injunction Order (ECF No. 57) shall be considered dissolved and no longer in effect.

*(signature block on following page)*

5845734v.1

Respectfully submitted,

/s/ *David C. Kurtz*
William A. Blue, Jr., TN Bar No. 10378
*zblue@constangy.com*
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
401 Commerce Street, Suite 1010
Nashville, Tennessee 37219
(615) 320-5200
(615) 321-5891 (facsimile)

David C. Kurtz (*pro hac vice*)
*dkurtz@constangy.com*
Jonathan D. Persky (*pro hac vice*)
*jpersky@constangy.com*
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
535 Boylston Street, Suite 902
Boston, Massachusetts 02116
(617) 849-7880
(617) 849-7870 (facsimile)

/s/ *Andrew J. Urgenson*
Frederick J. Bissinger
*fbissinger@wimberlylawson.com*
Edward H. Trent
*etrent@wimberlylawson.com*
**WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC**
214 Second Avenue North, Suite 3
Nashville, Tennessee 37201
(617) 727-1000
(617) 727-1001 (facsimile)

Darren Oved (*pro hac vice*)
*darren@ovedlaw.com*
Andrew J. Urgenson (*pro hac vice*)
*andrew@ovedlaw.com*
**OVED & OVED LLP**
401 Greenwich Street
New York, NY 10013
(212) 226-2376
(212) 226-7555 (facsimile)

Dated:   July 2, 2019

## CERTIFICATE OF SERVICE

I hereby certify that, on   July 2, 2019, a true and correct copy of the foregoing document will be served on counsel of record by ECF as indicated in the Notice of Electronic Filing (NEF).

/s/ *David C. Kurtz*