IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FIRST AMERICAN HOME WARRANTY CORPORATION, ) ) ) | |
| Plaintiff, ) ) | NO. 3:18-cv-00332 |
| v. ) ) | JUDGE CAMPBELL |
| MARYANN PAGE-AZAMBUJA, et al., ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. ) | |

## ORDER

Pending before the Court is the parties' Stipulation of Dismissal of Action and Dissolution of Preliminary Injunction (Doc. No. 90), indicating that all matters in dispute have been resolved and the case should be dismissed with prejudice. Accordingly, this case is **DISMISSED**, with prejudice, and the preliminary injunction is hereby **DISSOLVED**. The Clerk is directed to close the file.

This order shall constitute the final judgment pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE